# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5073
Owners:  Marcos Muniz Jr., et al.
Acres:  0.532

**Being** a 0.532 of one acre (23,180 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 13.727 acre tract designated as Share 16-A as described in Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Librada Perez Muniz, Roman Perez, Eufracia Perez Gonzalez, Margarita Perez, Pablo Perez, Luisa Perez, Pablo Perez, Jr., Ana Maria Perez, Pablo Perez, III, Eli Roy Perez, Alicia Perez Moreno, Jesus A. Perez, Candelaria Perez Ruiz, Rosalinda Perez Garza, Maria Inez Perez Lopez, Juanita Perez Guerra, Zulema Perez Torres, Adolfo Perez, Librado D. Perez, Samuel Perez, Salvador Perez, Jose Perez, Omar Perez, Rosa Perez Chapa, Estrella E. Perez Casas, Jaime Perez, Librado I. Perez, Juanita M. Perez Rivas, Solia R. Perez Ramos, Ignacio Z. Perez, Jr., Benito Perez, Mary Lou Perez Saldana, Leonel Perez and Benjamin Perez by Affidavit of Heirship recorded in Volume 789, Page 150, Official Records of Starr County, Texas, being the same tract of land conveyed to Jesus Barrera, Miguel Barrera, Jr., Patricia Barrera Rocha and Myra Trinidad Barrera by Affidavit of Heirship recorded in Volume 924, Page 83, Official Records of Starr County, Texas, being the same tract of land conveyed to Marcos Muniz, Jr., Roberto Muniz, Alberto Alaniz, Alonzo Alaniz, Delfina Lopez, Emma Vasquez, Jose Alaniz, Jr., Rosita Martinez, Arnoldo Alaniz, Bertha Serna, Yolanda Paderez, Andrew Alaniz, Emily Torrez, Felipa Alaniz, Alfredo Ochoa, Jr., Ubaldo Ochoa, Raul Ochoa, Richard Ochoa, Martina Cobb, Eduardo Ochoa, Elias Ochoa, Leroy Ochoa, Ida Jimenez, Margarita Muniz Muniz and Ninfa Muniz Garcia by Affidavit of Heirship recorded in Volume 1082, Page

793, Official Records of Starr County, Texas, being the same tract of land conveyed to Jose Luis Perez, Mario Perez, Benjamin Perez, Jr., Baudelio Perez, Christobal Hector Perez, Librado Encarnacion Perez, Artemio Baldemar Perez, Roman Ruben Perez and Aida Maria Perez by Application for Letters of Administration (Cause No. PR-96-11), being the same tract of land conveyed to Rogelio Perez by Deed of Gift recorded in Volume 1142, Page 629, Official Records of Starr County, Texas, being the same tract of land conveyed to Davy Trevino by General Warranty Gift Deed recorded in Volume 1169, Page 322, Official Records of Starr County, Texas, being the same tract of land conveyed to Ernesto Barron and Aaron Barron by Deed of Gift recorded in Volume 1182, Page 162, Official Records of Starr County, Texas, being the same tract of land conveyed to Librado Perez by Deed of Gift recorded in Volume 1182, Page 164, Official Records of Starr County, Texas, being the same tract of land conveyed to Merlinda P. Hinojosa by

## SCHEDULE C (continued)

Deed of Gift recorded in Volume 1182, Page 166, Official Records of Starr County, Texas, and being the same tract of land conveyed to Ismael Casas, Jr. by Correction Deed of Gift recorded in Volume 1231, Page 333, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at an easterly interior corner of the 13.727 acre tract and a westerly exterior corner of a called 11.35 acre tract conveyed to Rafael Castro Jimenez by General Warranty Deed recorded in Volume 1431, Page 283, Official Records of Starr County, Texas (Share 17-A), said point having the coordinates of N=16663610.426, E=851882.547, said point bears S 69°27'32" E, a distance of 5838.97' from United States Army Corps of Engineers Control Point No. SS10-2019;

**Thence:** S 08°58'23" W (S 08°07'00" W, Record), with the east line of the 13.727 acre tract and the west line of the 11.35 acre tract, for a distance of 26.96' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5073-1=5075-1" for the **Point of Beginning** and northeast corner of Tract RGVRGC-5073, said point being in the east line of the 13.727 acre tract and the west line of the 11.35 acre tract, said point having the coordinates of N=16663583.793, E=851878.341;

**Thence:** S 08°58'23" W (S 08°07'00" W, Record), continuing with the east line of the 13.727 acre tract and the west line of the 11.35 acre tract, for a distance of 203.46' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5073-2=5075-4" for the southeast corner of Tract RGV-RGC-5073, said point being in the east line of the 13.727 acre tract and the west line of the 11.35 acre tract;

**Thence:** N 70°09'06" W, departing the west line of the 11.35 acre tract, over and across the 13.727 acre tract, for a distance of 116.14' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5072- 1=5073-3" for the southwest corner of Tract RGV-RGC-5073, said point being in the west line of the 13.727 acre tract and the east line of a called 5.0 acre tract conveyed to Christian Eli Chapa by Deed of Gift recorded in Volume 1498, Page 268, Official Records of Starr County, Texas;

**Thence:** N 09°02'49" E (N 08°07'00" E, Record), with the west line of the 13.727 acre tract and the east line of the 5.0 acre tract, for a distance of 203.45' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5072-4=5073-4" for the northwest corner of Tract RGV-RGC-5073, said point being in the west line of the 13.727 acre tract and the east line of the 5.0 acre tract;

## **SCHEDULE C (continued)**

**Thence:** S 70°08'04" E, departing the east line of the 5.0 acre tract, over and across the 13.727 acre tract, for a distance of 115.88' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

**LAND TO BE CONDEMNED**



## SCHEDULE D (continued)



| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|---|---|---|---|---|
| L1 | S 69°27'32" E | 5838.97' | N/A | N/A |
| L2 | S 08°58'23" W | 26.96' | S 08°07'00" W | N/A |
| L3 | S 08°58'23" W | 203.46' | S 08°07'00" W | N/A |
| L4 | N 70°09'06" W | 116.14' | N/A | N/A |
| L5 | N 09°02'49" E | 203.45' | N 08°07'00" E | N/A |
| L6 | S 70°08'04" E | 115.88' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16663583.793 | 851878.341 | RGV—RGC—5073—1=5075—1 |
| 2 | 16663382.821 | 851846.607 | RGV—RGC—5073—2=5075—4 |
| 3 | 16663422.253 | 851737.369 | RGV—RGC—5072—1=5073—3 |
| 4 | 16663623.169 | 851769.360 | RGV—RGC—5072—4=5073—4 |
| 5 | 16663610.426 | 851882.547 | POC RGV—RGC—5073 5075 |

LEGEND

| | | |
|---|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET | ———— ACQUISITION BOUNDARY |
| ⊙ | FOUND MONUMENT | —·—·—· ADJOINING ACQUISITION BOUNDARY |
| △ | CONTROL POINT | ～～～～ BRUSH/VEGETATION |
| DRSC | DEED RECORDS OF STARR COUNTY | ——P L—— PROPERTY LINE |
| IPF | IRON PIPE FOUND | —x—x—x— WIRE FENCE |
| IRF | IRON ROD FOUND | (#) SEE SHEET 6 |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY | |
| PG | PAGE | |
| POB | POINT OF BEGINNING | |
| POC | POINT OF COMMENCING | |
| SF | STONE FOUND | |
| VOL | VOLUME | |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE COPS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. THIS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019000
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**MARCOS MUNIZ JR., ET AL**
**TRACT No. RGV-RGC-5073**
STARR COUNTY                    TEXAS

| | | BY | DATE |
|---|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld Bk. # | 19088-76-96 | |



B&F ENGINEERING, INC.

CONTRACT NO.  W9127S-14-D-0013
t.o.: W45XMA81577967001

Drawing Ref. No. SHEET 5 OF 8

MDS PROJ. NO. 18-20960      FILE NAME: RGV-RGC-5073      DATE: 5/21/2020

## SCHEDULE D (continued)



# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5073
Owners:  Marcos Muniz Jr. et al.
Acres:  0.532

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land identified in conveyance recorded with Official Records of Starr County, Texas, volume 1231, page 333, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (continued)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SEVEN THOUSAND AND SIX HUNDRED DOLLARS AND NO/100 ($7,600.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Unknown Heirs of Librado Perez<br>Unknown Address | Final Decree of Partition<br>Recorded March 4,1936<br>Document number 1935-4879<br>Official Public Records of Starr County, Texas |
| Mr. Alberto Alaniz<br><br>Roma, Texas 78584 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records of Starr County, Texas |
| Mr. Alonzo Alaniz<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records of Starr County, Texas |
| Mr. Andrew Alaniz<br><br>Bakersfield, California 93305 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records of Starr County, Texas |
| Ms. Felipa Alaniz<br><br>Bakersfield, California 93305 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records of Starr County, Texas |
| Mr. Jose Alaniz, Jr.<br><br>Arvin, California 93203 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records of Starr County, Texas |
| Mr. Jesse (Jesus) Barrera<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded March 13,2002<br>Document number 2002-221339<br>Official Public Records of Starr County, Texas |
| Ms. Luisa Perez Barrera<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document number 1986-134399<br>Official Public Records of Starr County, Texas |
| Mr. Miguel Barrera, Jr.<br><br>Pharr, Texas 78577 | Affidavit of Heirship<br>Recorded March 13, 2002<br>Document 2002-221339 |

|  | Official Public Records of Starr County, Texas |
|---|---|
| Ms. Myra Trinidad Barrera<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded March 13, 2002<br>Document 2002-221339<br>Official Public Records of Starr County, Texas |
| Mr. Aaron Barron<br><br>Bakersfield, California 93306 | Deed of Gift<br>Recorded February 28, 2008<br>Document number 2008-272570<br>Official Public Records of Starr County, Texas |
| Mr. Ernesto Barron<br><br>Bakersfield, California 93306 | Deed of Gift<br>Recorded February 28, 2008<br>Document number 2008-272570<br>Official Public Records of Starr County, Texas |
| Ms. Estrella E. Perez Casas<br><br>Santa Elena, Texas 78591 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Ismael Casas , III<br><br>Houston, Texas 77089 | Deed of Gift<br>Recorded February 28, 2008<br>Document number 2008-272573<br>Official Public Records of Starr County, Texas |
| Mr. Ismael Casas, Jr.<br><br>Houston, Texas 77089 | Deed of Gift<br>Recorded February 28, 2008<br>Document number 2008-272573<br>Official Public Records of Starr County, Texas |
| Ms. Rosa Perez Chapa<br><br>Edinburg, Texas 78542 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document 1997-193183<br>Official Public Records Starr County, Texas |
| Ms. Martina Cobb<br><br>Nederland, Texas 77627 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Ms. Aracell P. Conway<br><br>Rio Grande City, Texas 78582 | Royalty Deed<br>Recorded February 4, 2009<br>Document Number 2009-280408<br>Official Public Records Starr County Texas |
| Ms. Adriana P. Garza<br><br>Rio Grande City, Texas 78582 | Royalty Deed<br>Recorded February 4, 2009<br>Document Number 2009-280408<br>Official Public Records Starr County Texas |
| Ms. Rosalinda Perez Garza<br><br>Rio Grande City, Texas 78582 | Warranty Deed<br>Recorded April 6, 1983<br>Document number 1986-134399<br>Official Public Records of Starr County, Texas |

| | |
|---|---|
| Ms. Juanita Perez Guerra<br><br>Garciasville, Texas 78547 | Warranty Deed<br>Recorded April 6, 1983<br>Document number 1983-116771<br>Official Public Records of Starr County, Texas |
| Ms. Merlinda P. Hinojosa<br><br>Rio Grande City, Texas 78582 | Deed of Gift<br>Recorded February 28, 2008<br>Document number 2008-272572<br>Official Public Records of Starr County, Texas |
| Ms. Ida Jimenez<br><br>Grand Prairie, Texas 75052 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Ms. Delfina Lopez<br><br>Delano, California 93215 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193185<br>Official Public Records of Starr County, Texas |
| Ms. Maria Inez Perez Lopez<br>Unknown Address | Warranty Deed<br>Recorded April 6, 1983<br>Document number 1983-134399<br>Official Public Records of Starr County, Texas |
| Ms. Rosita Martinez<br><br>Arvin, California 93203 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193188<br>Official Public Records of Starr County, Texas |
| Ms. Alicia Perez Moreno<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document 1986-134399<br>Official Public Records Starr County Texas |
| Mr. Marcos Muniz, Jr.<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document number 2006-253839<br>Official Public Records of Starr County, Texas |
| Mr. Roberto Muniz<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document number 2006-253839<br>Official Public Records of Starr County, Texas |
| Mr. Alfredo Ochoa, Jr.<br><br>Grand Prairie, Texas 75052 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Mr. Eduardo Ochoa<br><br>Granbury, Texas 76048 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Mr. Leroy Ochoa | Affidavit of Heirship |

| | |
|---|---|
| Abilene, Texas 79601 | Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Mr. Raul Ochoa<br><br>Abilene, Texas 79605 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Mr. Richard Ochoa<br><br>Lawn, Texas 79530 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Mr. Ubaldo Ochoa<br><br>Lockney, Texas 79241 | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document 2006-253839<br>Official Public Records Starr County Texas |
| Ms. Yolanda Paderez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193191<br>Official Public Records of Starr County, Texas |
| Ms. Aide P. Pena<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Adolfo Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document Number 1986-134399<br>Official Public Records Starr County, Texas |
| Ms. Aida Marie Perez<br><br>Rio Grande City, Texas 78582 | Oil & Gas Lease<br>Recorded May 1, 2009<br>Document Number 2009-282420<br>Official Public Records Starr County |
| Ms. Ana Maria Perez<br><br>McAllen, Texas 78504 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Artemio Baldemar Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Baudelio Perez<br><br>Rio Grande City, Texas 78582 | Starr County Probate Cause 96-11<br>November 6, 1996<br>Official Public Records of Starr County, Texas |
| Mr. Benito Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183 |

|  | Official Public Records Starr County |
|---|---|
| Mr. Benjamin Perez , III<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Christian Abraham Perez<br><br>Edinburg, Texas 78541 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Christobal Hector Perez<br><br>Rio Grande City, Texas 78582 | Starr County Probate Cause<br>PR96-11<br>November 6, 1996<br>Official Public Records of Starr County, Texas |
| Mr. Eduardo F. Perez<br><br>Pharr, Texas 78577 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Eli Roy Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>August 6, 1986<br>Document number 1986-134399<br>Official Public Records Starr County |
| Mr. Ignacio Perez, Jr.<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Jaime Perez<br><br>Corpus Christi, Texas 78414 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Mr. Jose Luis Perez<br><br>Houston, Texas 77040 | Starr County Probate Court Cause No.96-11<br>November 6, 1996<br>Official Public Records of Starr County, Texas |
| Mr. Librado Perez<br><br>Rio Grande City, Texas 78582 | Warranty Deed<br>Recorded April 24, 2007<br>Document number 2007-265366<br>Deed of Gift<br>Recorded April 24, 2007<br>Document number 2007-265370<br>Official Public Records of Starr County, Texas |
| Mr. Librado D. Perez<br><br>Rio Grande City, Texas 78582 | Warranty Deed<br>April 6, 1983<br>Document number 1983-116771<br>Official Public Records of Starr County, Texas |
| Mr. Librado Encarnacion Perez | Starr County Probate Cause 96-11<br>November 6,1996 |

| | |
|---|---|
| Rio Grande City, Texas 78582 | Official Public Records of Starr County, Texas |
| Mr. Mario Perez<br><br>Gainesville, Georgia 30501 | Starr County Probate Cause 96-11<br>November 6,1996<br>Official Public Records of Starr County, Texas |
| Ms. Michaela Crystal Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>August 6, 1986<br>Document number 1986-134399<br>Official Public Records Starr County |
| Mr. Miguel A. Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>August 6, 1986<br>Document number 1986-134399<br>Official Public Records Starr County |
| Mr. Pablo Perez , III<br>Unknown Address | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document Number 1986-134399<br>Official Public Records Starr County Texas |
| Mr. Rogelio Perez<br><br>Rio Grande City, Texas 78582 | Deed of Gift<br>Recorded April 19, 2007<br>Document number 2007-265235<br>Official Public Records of Starr County, Texas |
| Mr. Roman Ruben Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document Number 1986-134399<br>Official Public Records Starr County Texas |
| Mr. Salvador Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document Number 1986-134399<br>Official Public Records Starr County Texas |
| Mr. Samuel Perez<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded August 6, 1986<br>Document Number 1986-134399<br>Official Public Records Starr County Texas |
| Ms. Solia P. Ramos<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Ms. Juanita P. Rivas<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records of Starr County, Texas |
| Ms. Patricia Barrera Rocha<br><br>Rio Grande City, Texas 78582 | Affidavit of Heirship<br>Recorded March 13, 2002<br>Document 2002-221339<br>Official Public Records<br>Starr County Texas |

| | |
|---|---|
| Ms. Candelaria Perez Ruiz<br><br>McAllen, Texas 78501 | Warranty Deed<br>Recorded April 6, 1983<br>Document number 1983-116771<br>Official Public Records of Starr County, Texas |
| Ms. Zulema Perez Torres<br><br>Athens, Texas 75751 | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193190<br>Official Public Records of Starr County, Texas |
| Mr. Davy Trevino<br><br>Rio Grande City, Texas 78582 | General Warranty Gift Deed<br>November 7, 2007<br>Document number 2007-270197<br>Official Public Records of Starr County, Texas |
| Ms. Emma Vasquez<br><br>Bakersfield, California 93306 | Affidavit of Heirship<br>September 17, 1997<br>Document number 1997-193186<br>Official Public Records of Starr County, Texas |
| The Unknown Heirs of Arnold Araniz<br>Unknown Address | Affidavit of Heirship<br>September 17, 1997<br>Document number 1997-193189<br>Official Public Records of Starr County, Texas |
| The Unknown Heirs of Benjamin Perez, Jr.<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| The Unknown Heirs of Bertha Serna<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193190<br>Official Public Records of Starr County, Texas |
| The Unknown Heirs of Elias Ochoa<br>Unknown Address | Affidavit of Heirship<br>Recorded February 17, 2006<br>Document Number 2006-253839<br>Official Public Records Starr County |
| The Unknown Heirs of Emily Torrez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193193<br>Official Public Records of Starr County, Texas |
| The Unknown Heirs of Mary Lou Saldana<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193193<br>Official Public Records of Starr County, Texas |
| The Unknown Heirs of Miguel Perez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| The Unknown Heirs of Ninfa Muniz Garcia | Affidavit of Heirship |

| | |
|---|---|
| Unknown Address | Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| The Unknown Heirs of Eufracia Perez Gonzalez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| The Unknown Heirs of Jesus Angel Perez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| The Unknown Heirs of Jose Olivarez Perez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| The Unknown Heirs of Leonel Perez<br>Unknown Address | Affidavit of Heirship<br>Recorded September 17, 1997<br>Document number 1997-193183<br>Official Public Records Starr County |
| Ameida Salinas<br>Starr County Tax Assessor<br>100 FM 3167 #300<br>Rio Grande City, TX 78582 | Tax Authority<br>Acct. 20454 |