IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:20-CV-395 |
| 0.532 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND MARCOS MUNIZ JR, *et al.*, | § § § § § § | |
| *Defendants.* | § § | |

**ORDER FOR MOTION FOR A CONTINUANCE OF THE JOINT DISCOVERY/CASE MANAGEMENT PLAN AND THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE PURSUANT TO FED. R. CIV. P. 26(f)**

The Court now considers the United States' "Motion for Continuance of the Joint Discovery/Case Management Plan and the Initial Pretrial and Scheduling Conference Pursuant to Fed. R. Civ. P. 26(f)."

Having considered the Motion, the Court finds the Motion has merit and should be GRANTED.

IT IS HEREBY ORDERED that the Joint Discovery/Case Management Plan be filed on _____, 2021 and the Initial Pretrial and Scheduling Conference is reset to _____, 2021.

SIGNED this _____ day of _____, 2021.

_____
**HONORABLE MICAELA ALVAREZ**
UNITED STATES DISTRICT JUDGE