UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>§<br>Plaintiff, §<br>§<br>VS. §<br>§<br>0.532 ACRES OF LAND, more or less, §<br>In STARR COUNTY, TEXAS; et al., §<br>§<br>Defendants. § | CIVIL ACTION NO. 7:20-cv-00395 |

## ORDER

The Court now considers the parties' August 17th initial pretrial conference.[1] In accordance with the Court's oral orders, the Court hereby **ORDERS** Defendant Juanita P. Rivas and any other Defendant who wishes to contest title to file a position statement by **August 27, 2021** notifying the Court whether they consent to the Court deciding the issue of title upon briefs and evidence submitted therewith or request an evidentiary hearing. The statement shall include a proposed briefing or hearing schedule, where relevant.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of August 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Minute Entry (Aug. 17, 2021).