IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 7:20-CV-395 |
| 0.532 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND MARCOS MUNIZ, Jr., ET AL. | § § § § § | |
| *Defendant.* | § § | |

## STATEMENT OF POSITION ON THE PLAINTIFF'S MOTION TO DETERMINE TITLE

TO THE HONORABLE COURT

JUANITA RIVAS, by and through her counsel, Gagan Khan of GK Law PLLC, files this Statement of Position on the Plaintiff's future motion to determine title of the subject property. Defendant agrees to a motion being heard by submission or through briefs.

Respectfully submitted,

GK Law PLLC

/s/ Gagan Khan
Gagan Khan
GK Law PLLC
S.D. Tex. Bar No. 2627634
SBT No. 24090207
info@gagan.law
701 N. Post Oak Rd, Suite 612
Houston, Texas 77024
Phone: 713-428-2045
Fax: 806-243-5734
**ATTORNEY FOR DEFENDANT,
JUANITA P. RIVAS**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the foregoing via the Court's ECF/CM system on the 27th day of August 2021, which will serve a copy on all counsel of record.

   /s/ Gagan Khan
Gagan Khan