United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 7:20-cv-00395 |
| 0.532 ACRES OF LAND, more or less, In STARR COUNTY, TEXAS; MARCOS MUNIZ, JR; et al., | | |
| Defendants. | | |

## ORDER

The Court now considers the "Statement of Position on the Plaintiff's Motion to Determine Title."[1] Therein, Plaintiff Juanita Rivas provides that she is amenable to resolving the issue of title upon briefs and evidence submitted therewith.[2] In light of this, the Court **ORDERS** the United States to file its amicus brief on the issue of title and ownership **by October 15, 2021**. The Court further **ORDERS** all interested parties to file their response briefs on the issue of title and ownership **by November 15, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 133.

[2] *Id*.