IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § *Plaintiff,* § § v. § § 0.532 ACRES OF LAND, MORE OR LESS, § SITUATE IN STARR COUNTY, STATE § OF TEXAS; AND MARCOS MUNIZ JR., § *et al.*, § § *Defendants.* § | CASE NO. 7:20-CV-395 |

## STATUS REPORT

1. On October 15, 2021, the United States filed its Amicus Brief Regarding Ownership of Subject Property advising the court of a full list of interest parties and their percentages of ownership.[1]

2. On October 15, 2021, the United States also filed a Motion to Add Party Defendant, namely the Unknown Heirs of Omar Perez, which is currently pending before the Court.[2]

3. On October 18, 2021, counsel for defendant, Juanita P. Rivas, filed a brief on title "concurring with plaintiff's position stated in AMICUS BRIEF REGARDING OWNERSHIP OF SUBJECT PROPERTY."[3]

4. In the interest of settlement and efforts resolve this matter, the United States reached out to Juanita P. Rivas' counsel, Gagan Khan, on: January 10, 2022, January 13, 2022, January 20, 2022, and January 21, 2022, via email. Additionally, the United States

---

[1] Dkt No. 138.
[2] Dkt. No. 137.
[3] Dkt. No. 139.

attempted to contact Ms. Kahn by phone several times and left messages. However, the United States has not received a response to whether Juanita P. Rivas disputes the amount of Just Compensation.

5. Once title has been determined by the Court, the only remaining issue in this case would be a determination on just compensation.[4]

6. If the Court grants the United States Motion to Add a Party Defendant, the United States anticipates serving the newly added Defendant, the Unknown Heirs of Omar Perez by publication within 60 days of that order.

7. Once service by publication is complete, within 60 days the United States anticipates moving to request a just compensation hearing and being in a position to file just compensation brief.

Respectfully submitted,

**JENNIFER LOWERY**
United States Attorney
Southern District of Texas

By: s/ Alexander N. DerGarabedian
**ALEXANDER N. DERGARABEDIAN**
Assistant United States Attorney
Southern District of Texas No. 3381593
New York Bar No. 5103577
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: 956-992-9380
Facsimile: (956) 618-8016
E-mail: alexander.dergarabedian@usdoj.gov
Attorney in Charge for Plaintiff

---

[4] It is the understanding of the United States that an estimated $7,622.04 is owed in back taxes to the Starr County Assessor as of January 10, 2021. This currently exceeds the amount of Just Compensation currently on deposit with the Court.

## CERTIFICATE OF SERVICE

I certify that on February 22, 2022, a copy of the foregoing was electronically filed on the CM/ECF system and served to the Defendants in accordance with the Federal Rules of Civil Procedure.

By: s/ Alexander N. DerGarabedian
**ALEXANDER N. DERGARABEDIAN**
Assistant United States Attorney